

NUMBER 13-20-00369-CV

# COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

HV, LLC D/B/A CIRCO HERMANOS
VASQUEZ, AURORA
ENTERTAINMENT MARKETING, LLC,
RAMON VASQUEZ, JOSE VASQUEZ,
ALDO VASQUEZ, JESUS VASQUEZ
GUILLERMO 'MEMO' VASQUEZ,                              Appellants,

v.

RACIEL JUAREZ,
S2DIO HVAC, LLC, AND
CARRIGAN & ANDERSON, PLLC,                             Appellees.

On appeal from the County Court at Law No. 4
of Nueces County, Texas.

# MEMORANDUM OPINION

Before Justices Benavides, Longoria, and Tijerina
Memorandum Opinion by Justice Benavides

This cause is before the Court on appellants' amended motion to dismiss. Appellants assert the underlying trial court has not disposed of all pending parties and claims.

In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because there is no final judgment or order subject to appeal, the notice of appeal is premature. *See* Tex. R. App. P. 26.1, 27.1(a).

Accordingly, the amended motion to dismiss is GRANTED and the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a).

GINA M. BENAVIDES
Justice

Delivered and filed the
7th day of January, 2021.